IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01913-BNB

GINA CORTEZ (aka) GINA LORADO,

    Petitioner,

v.

STATE OF COLORADO,

    Respondent.




FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Petitioner initiated this action by filing *pro se* a "Motion for Speedy Trial and/or Speedy Disposition of Pending Warrant(s), Information or Complaints." In an order filed on September 11, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Petitioner to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Petitioner to file an application for a writ of habeas corpus on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Petitioner was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Petitioner has failed to cure the deficiencies within the time allowed and she has failed to respond in any way to Magistrate Judge Boland's September 11 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Motion for Speedy Trial and/or Speedy Disposition of Pending Warrant(s), Information or Complaints" is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 29 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01913-BNB

Gina Cortez
a/k/a Gina Lorado
Reg. No. 09635-033
FCI Camp Parks
5701 8th St.
Dublin, CA 84568

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk